# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| NEWTEK BUSINESS SERVICES, INC., and SMALL BUSINESS LENDING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MODESTO PETROLEUM, INC. and NIRMAL SINGH, <br><br> Defendants. | Case No. 1:14-CV-00931-GSA <br><br> **ORDER OF DISMISSAL BASED UPON THE STIPULATION OF ALL PARTIES.** |

Based upon the stipulation of all parties, Doc. 22, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice, each side bearing its own attorney fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.


IT IS SO ORDERED.

   Dated:   **December 1, 2014**            /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE